IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY C. WILSON                                                                PLAINTIFF

v.                           No. 1:13-cv-122-DPM-JJV

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                DEFENDANT

ORDER

Unopposed recommendation, № 11, adopted.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2014