IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY C. WILSON                                                          PLAINTIFF

v.                            No. 1:13-cv-122-DPM

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                          DEFENDANT

JUDGMENT

Wilson's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

18 September 2014